

# Fourth Court of Appeals
## San Antonio, Texas

November 15, 2018

No. 04-18-00755-CR

Jonathan Andrew **PERALES,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR0068
Honorable Melisa C. Skinner, Judge Presiding

# O R D E R

Originally, attorney John M. Economidy was appointed as appellate counsel for appellate. However, the trial court subsequently replaced Mr. Economidy with attorney Angela Moore. On November 9, 2018, Mr. Economidy filed a motion to withdraw because he was under the impression that he was still listed as counsel on appeal in this court's system. The court removed Mr. Economidy as appellate counsel. Accordingly, the motion to withdraw is **DENIED AS MOOT.**

We **order** the clerk of this court to send a copy of this order to all active counsel and John M. Economidy.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of November, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court